IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RYAN LANCE HUTTON, #1659657 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv143 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Ryan Lance Hutton, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed his petition for writ of habeas corpus (Dkt. #1), pursuant to 28 U.S.C.§ 2254, seeking to challenge his felony conviction on various grounds. He ultimately seeks to be released from custody. The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell.

On May 30, 2019, Mr. Hutton filed a Motion for Writ of Mandamus. (Dkt. #26). He seeks to have the court: (1) issue the writ, (2) vacate his convictions and sentences, and (3) order that he be afforded a new trial within 60 days of the court's order or be released from custody. Judge Mitchell issued a Report and Recommendation concluding that Mr. Hutton's motion for writ of mandamus should be denied. (Dkt. #27).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #27) is **ADOPTED**. It is further

**ORDERED** that Mr. Hutton's motion for writ of mandamus (Dkt. #26) is **DENIED** in accordance with the Report and Recommendation (Dkt. #27).

**SIGNED** this the 1 day of **August, 2019.**

_____
Thad Heartfield
United States District Judge